Paige N. Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2990
paige.hammer@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No.  1:24-CR-00115-SWS |
| **KENNETH CRAWFORD,** | |
| Defendant. | |

## GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE

**COMES NOW THE UNITED STATES OF AMERICA**, pursuant to Fed. R. Crim. P. 32.2(b)(2), and hereby moves this Court to enter a preliminary order of forfeiture as to the Defendant, George Ostertag.  In support of this motion, the government states as follows:

### I. Procedural Background

On July 18, 2024, the Defendant was indicted by a grand jury for the District of Wyoming. (Doc. 1).  In the Indictment, the Defendant was charged with a sole count, Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). (*Id.*).

The Indictment also contained a Forfeiture Notice that included any firearms and ammunition, involved in the commission of the offense charged, including but not limited to:

- A Ruger, Model P85, 9mm pistol bearing serial number 301-26485.

On August 29, 2024, the Defendant entered into a plea agreement with the United States. (Doc. 22). In the plea agreement, the Defendant agreed to plead guilty to the sole Count of the Indictment and consented to the forfeiture of (the "Subject Properties"), listed in the Indictment, and admitted that the Subject Properties were involved in the offense charged in the Indictment. (Docs. 1, 22), namely:

- Ruger, Model P85, 9mm pistol bearing serial number 301-26485, and
- assorted rounds of ammunition.

On September 10, 2024, the Defendant pleaded guilty to sole count of the Indictment. (Docs. 1, 26).

Accordingly, the United States now moves pursuant to Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), for the entry of a Preliminary Order of Forfeiture, forfeiting to the United States the Subject Properties listed in the Indictment (Doc. 1), namely:

- Ruger, Model P85, 9mm pistol bearing serial number 301-26485, and
- assorted rounds of ammunition.

Upon the issuance of a Preliminary Order of Forfeiture, the United States will publish notice of the Order on the government's official Internet website, www.forfeiture.gov, and will send direct notice to any person, other than the Defendant, that reasonably appears to have an interest in the Subject Properties advising such person of his or her right to file a petition contesting the forfeiture in accordance with Fed. R. Crim. P. Rule 32.2(c) and Supplemental Rule G(4) of the Federal Rules of Civil Procedure. This notice will state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

**DATED** this 10th day of September 2024.

Respectfully submitted,

                                                ERIC HEIMANN
                                                Acting United States Attorney


By:    */s/ Paige N. Hammer*
         PAIGE N. HAMMER
         Assistant United States Attorney


## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of September 2024, I served a true and correct copy of the foregoing upon counsel via CM/ECF.

                                          */s/ Kebin Haller*
                                          UNITED STATES ATTORNEY'S OFFICE